

401 Park Avenue South
New York, NY 10016
(212) 571-2000

535 Mission Street, 14th Fl.
San Francisco, CA 94105
(415) 262-0096

OTTINGERLAW.COM

Finn Dusenbery
finn@ottingerlaw.com

April 20, 2022

**By ECF**

Hon. Vincent L. Briccetti
United States District Judge
United States District Court
Southern District of New York
300 Quarropas St, Courtroom 620
New York, NY 10601

> Re:   **Pagan v. Alvin and Friends, LLC**
>       **No. 22-cv-1589 (VB)**

Dear Judge Briccetti:

As you know, we represent Plaintiff and the putative class in the above-referenced matter. I write to request that the Court adjourn the deadline for Plaintiff to file a request for a certificate of default and to move by order to show cause for default judgment *sine die*, as Plaintiff's counsel has learned that the process server did not serve Defendants with the summons.[1]  This is the second request for an extension or adjournment and Defendants have not appeared.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Finn Dusenbery
Finn Dusenbery

---

[1] Plaintiff notes that he has 90 days to serve the summons and complaint, or until May 26, 2022, given that the complaint was filed on February 25, 2022.  *See* Fed. R. Civ. P. 4(m).