UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSEPH PAGAN, individually and on behalf of
all others similarly-situated
             Plaintiff,

v.

ALVIN AND FRIENDS, LLC, ALVIN
CLAYTON, and GWEN CLAYTON,
             Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 1589 (VB)



The Court has been advised that the parties have reached a settlement in principle in this FLSA case. (Doc. #32).

Accordingly, it is hereby ORDERED:

1. By November 14, 2022, counsel shall submit an application for approval of the settlement, as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

2. Defendant's motion to dismiss (Doc. #21) is TERMINATED AS MOOT. The Clerk is directed to terminate the motion. (Doc. #21).

Dated: October 12, 2022
       White Plains, NY

                            SO ORDERED:

                            _____
                            Vincent L. Briccetti
                            United States District Judge