UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH PAGAN,
individually and on behalf of all others similarly-
situated,

                              Plaintiff,

-against-

ALVIN AND FRIENDS LLC, ALVIN CLAYTON,
and GWEN CLAYTON,

                             Defendants.
------------------------------------------------------------X

Case No.: 7:22-cv-1589 (VB) (JCM)

STIPULATION (+ ORDER) OF
**VOLUNTARY DISMISSAL**

IT IS STIPULATED AND AGREED by and between counsel for the Plaintiff and Defendants that the above-referenced action shall be dismissed with prejudice and without fees or costs pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure; and

IT IS FURTHER STIPULATED AND AGREED by and among the undersigned counsel that the Court retains jurisdiction over this matter and may restore this action if a default occurs with respect to the parties' obligations under their agreement;

IT IS FURTHER STIPULATED AND AGREED by and among the undersigned counsel that facsimile and/or electronic signatures shall be considered original signatures.

Dated: December 9, 2022

| THE OTTINGER FIRM, P.C. | MILMAN LABUDA LAW GROUP PLLC |
|---|---|
| /s/ Finn Dusenbery | /s/ Emanuel Kataev, Esq. |
| Finn Dusenbery, Esq. | Emanuel Kataev, Esq. |
| 401 Park Avenue South | 3000 Marcus Avenue, Suite 3W8 |
| New York, NY 10016 | Lake Success, NY 11042 |
| (212) 571-2000 | (516) 328-8899 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED:

_____  12/13/2022
Vincent Briccetti, U.S.D.J.

1